UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 11, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | |
| JOSEPH GALLINA, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2251(a) |
| | : | (Sexual Exploitation of a Child) |
| Defendant. | : | 18 U.S.C. § 2252(a)(2) and (b)(1) |
| | : | (Receipt of Child Pornography) |
| | : | |
| | : | FORFEITURE ALLEGATION: |
| | : | 18 U.S.C. § 2253 and 21 U.S.C. § 853(p) |

**INDICTMENT**

Case: 1:24-cr-00529
Assigned To : Judge James E. Boasberg
Assign. Date : 11/20/2024
Description: Indictment (B)

The Grand Jury charges that:

**COUNT ONE**

On or about and between July 20, 2024, and on or about July 23, 2024, within the District of Columbia and elsewhere, the defendant, **JOSEPH GALLINA**, did employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any

means and facility of interstate and foreign commerce and in and affecting interstate or foreign commerce.

**(Sexual Exploitation of a Child**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT TWO

On or about and between July 20, 2024, and on or about July 23, 2024, within the District of Columbia, the defendant, **JOSEPH GALLINA** did knowingly receive and attempt to receive any visual depictions using any means and facility of interstate or foreign commerce, and which visual depictions had been shipped and transported in or affecting interstate and foreign commerce, by any means, including by computer; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct.

**(Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1))

## FORFEITURE ALLEGATION

1.   The United States hereby gives notice to the defendant, **JOSEPH GALLINA**, that upon his conviction of the offenses charged in Counts One and Two of this Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used

or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

    A TRUE BILL:

    FOREPERSON.

*Matthew M. Graves/JJI*
Attorney of the United States in
and for the District of Columbia.