MINUTE ENTRY
December 2, 2024
Roby, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-151 |
| JOSEPH GALLINA | SECTION: MAG |

## DETENTION HEARING

PRESENT: X/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/COUNSEL FOR THE DEFENDANT (FPD)/CJA Annalisa Miron

X/ASST. U.S. ATTORNEY Tray Bell

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

X/GOVERNMENT WITNESS(ES) Benjamin T. Lombardo - S+T

X/DEFENSE WITNESS(ES) Vincent Gallina - S+T, Amy Lapointe - S+T

MJSTAR: 00:1:35

JOSEPH GALLINA                          24-151 MAG

DEFENDANT                              CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

__/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT _____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

__/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X/ DEFENDANT IS NOT ENTITLED TO RELEASE.

X/ DEFENDANT IS ORDERED           DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

__/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.
__/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.
__/ THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO DETENTION HEARING IN <u>DISTRICT OF COLUMBIA</u>

__/ WAIVER OF RULE _____ HEARING(S) EXECUTED.
__/ OTHER:_____